**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUNI CHOVET, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CR CLICKS 2019 LLC d/b/a "Charlotte Russe", a New Jersey Limited Liability Company; CR CLICKS ECOMM INC., a Canada Corporation; and DOES 1-10,<br><br>Defendants, | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

1

Plaintiff, AUNI CHOVET, by and through her undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.  This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2.  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.  Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.  Plaintiff AUNI CHOVET is a professional musician residing in Los Angeles, California.

5.  Upon information and belief, Defendant CR CLICKS 2019 LLC is a New Jersey limited liability company doing business in and with this district, including through its physical stores in New York including in Brooklyn, Staten Island, and Queens.

6.  Upon information and belief, Defendant CR CLICKS ECOMM INC. is a Canada corporation.

7.  Defendant CR CLICKS 2019 LLC and Defendant CR CLICKS ECOMM INC. are collectively referred to as "CR CLICKS."

8.  Upon information and belief, CR CLICKS jointly own, operate, and/or control the commercial website charlotterusse.com and its associated social media pages, including instagram.com/charlotterusse, through which CR CLICKS jointly sell and ship products out of and into this judicial district. CR CLICKS also jointly own, operate, and/or control store locations in this judicial district.

9.      Upon information and belief, at all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

### FIRST CAUSE OF ACTION

### (Copyright Infringement—Against All Defendants, and Each)

10.      Chovet created and owns the copyright in an original song entitled *Twinkling Lights* and registered with the Copyright Office under Reg. No. SR 916-350.

11.      Chovet created and owns the copyright in a derivative of *Twinkling Lights* entitled *Twinkling Lights (Reimagined)* and registered with the Copyright Office under Reg. No. SR 982-376.

12.      *Twinkling Lights* and *Twinkling Lights (Reimagined)* are collectively referred to as "the Song."

13.      Chovet, through her music distributor, distributed *Twinkling Lights* and *Twinkling Lights (Reimagined)* through the Instagram Music Library. Artists like Chovet add their music to the Instagram Music Library to get exposure for those songs, often in the hopes of generating paid licenses for commercial uses of those songs.

14.     At the time of the infringement at issue, Meta's Terms of Service made clear that only personal non-commercial use of songs in the music library was authorized, with commercial uses needing to secure appropriate permission from the artists.[1]

15.     *Twinkling Lights* gained significant popularity amongst users, with *Twinkling Lights (Reimagined)* alone being used in 2.1 million Instagram reels.

16.     Following her publication of *Twinkling Lights* and *Twinkling Lights (Reimagined)* in Instagram's Music Library, Defendants, and each of them, used the Song without authorization in commercial posts, including at www.instagram.com/p/DSnWv1FCf6k.

17.     Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

18.     Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the song in an amount to be established at trial.

19.     Upon information and belief, Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Plaintiff's rights such that said acts of copyright infringement were willful.

20.     This willful infringement further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to

---

[1] *See, e.g.,* Music Guidelines (*https://www.facebook.com/legal/music_guidelines?paipv=0&eav=AfaZA2WtCcKp2KfLfp8hWE SYKqRAEZviFiPm1riw7BUTnHlJz7gIHHWmPRl-VHsyA5k&_rdr*) ("Use of music for commercial or non-personal purposes in particular is prohibited unless you have obtained appropriate licenses."), and Music on Instagram, Instagram Help Center (*https://help.instagram.com/402084904469945/*) ("our agreements with rights holders are intended to enable personal, non-commercial uses of music.").

$150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

**Against All Defendants, and Each and With Respect to Each Claim for Relief:**

a. That Defendants, each of them, their respective agents, and anyone acting in concert with Defendants and/or their agents, be enjoined from copying, reproducing, distributing, and/or publicly performing *Twinkling Lights* and *Twinkling Lights (Reimagined)*;

b. That Plaintiff be awarded all Defendants' profits, plus all of Plaintiff's losses, attributable to the infringement, the exact sum to be proven at the time of trial; or alternatively, if elected before final judgment, statutory damages under 17 U.S.C. § 504, as the Song is timely registered;

c. That Plaintiff be awarded its attorneys' fees under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: August 10, 2026

By:     */s/ David M.S. Jenkins*
David M.S. Jenkins, Esq.

5

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS PC
247 Water Street, First Floor
New York, NY 10038
djenkins@donigerlawfirm.com
scott@donigerlawfirm.com
(310) 590-1820
*Attorney for Plaintiff*